IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN DAVID PAMPLIN,
Appellant,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JACQUELINE M. BLUTH, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81094

FILED

MAY 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

### ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus seeks a writ directing the district court to reverse and vacate its order denying petitioner's postconviction habeas petition.

A writ of mandamus is available only when no plain, speedy, and adequate remedy exists in the ordinary course of law, NRS 34.170, and this court has repeatedly held that an appeal is an adequate remedy at law that precludes writ relief. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). It is petitioner's burden to demonstrate that extraordinary relief is warranted. *Pan v. Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

20-18335

Here, petitioner has not met that burden and has an adequate remedy at law by way of appeal from the order he challenges. NRS 34.170. Accordingly, we

ORDER the petition DENIED.[1]

_____ *Pickering* , C.J.
Pickering

_____ , J.          _____ , J.
Hardesty                       Stiglich

cc:  Hon. Jacqueline M. Bluth, District Judge
     John David Pamplin
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]We further deny as moot petitioner's request to take judicial notice of the federal judicial district court record in *Pamplin v. Benedetti*, No. 3:08–cv–00007–RCJ–VPC (D. Nev.).

SUPREME COURT
OF
NEVADA

(O) 1947A